②

MDL DOCKET NO. 2120

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN NOVEMBER 2, 2009**

TO:   Clerk of the Panel
      U.S. Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 8 2009

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| November 2, 2009 | Jenifer N. Keenan | |
|---|---|---|
| Date | Name | Authorized Signature |

**Party/Parties Represented, District(s) & Civil Action Number(s) (list even if waiving):**

| Parties Represented by | District of District of Columbia | Middle District of Florida | Southern District of New York |
|---|---|---|---|
| Alston & Bird LLP | C.A. No. 1:08-484 (Brooks) | C.A. No. 8:08-818 (Lockard) | C.A. No. 1:09-7264 (Fry) |
| Bedford Laboratories | C.A. No. 1:08-634 (Pace) | C.A. No. 8:09-1529 (Kahn) | C.A. No. 1:09-7265 (Chandler) |
| Ben Venue Laboratories, Inc. | C.A. No. 1:09-440 (Eckblom) | | |
| | C.A. No. 1:09-441 (Patterson) | Northern Drtrict of Florida | |
| | | C.A. No. 1:09-13 (Smith) | |

Name and Address of Attorney Designated to Present Oral Argument:

Mr. James W. Huston, Morrison & Foerster LLP, 12531 High Bluff Drive, Suite 100, San Diego, CA 92130-2040, will present oral argument on behalf of all generic defendants, including Bedford Laboratories and Ben Venue Laboratories, Inc.

Telephone No.: _858.720.5154_

Fax No.: _858.720.5125_

Email Address: _jhuston@mofo.com_     **IMAGED NOV 1 9 2009**

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (9/08)

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: PAMIDRONATE PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2120

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Bedforde Laboratories and Ben Venue Laboratories, Inc.'s, Notice of Presentation or Waiver of Oral Argument is being simultaneously served, via U.S. Mail, postage pre-paid, on the attached Panel Service List.

Jennifer N. Keenan

BA2/377484

*IN RE: AREDIA AND ZOMETA PRODUCTS*
*LIABILITY LITIGATION*                                    MDL No. 1760

## INVOLVED COUNSEL LIST (CRO)

Laura Brooks v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee,
C.A. No. 3:08-484 (D. District of Columbia, C.A. No. 1:08-484)
Dara Pace v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee, C.A. No. 3:08-582
(D. District of Columbia, C.A. No. 1:08-634)
James E. Lockard, et al. v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee,
C.A. No. 3:08-583 (M.D. Florida, C.A. No. 8:08-818)

Erin M. Bosman
MORRISON & FOERSTER
12531 High Bluff Drive
Suite 100
San Diego, CA 92130

James M. Doran, Jr.
WALLER LANSDEN
DORTCH & DAVIS
511 Union Street
Nashville City Center,
Suite 2700
Nashville, TN 37219-1760

Charles Patrick Flynn
FLYNN & RADFORD
320 Seven Springs Way
Suite 150
Brentwood, TN 37027

Robert G. Germany
PITTMAN GERMANY
ROBERTS
& WELSH LLP
P.O. Box 22985
410 South President Street
Jackson, MS 39225-2985

M. King Hill, III
VENABLE LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21204

Brendan G. Krasinski
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Katharine R. Latimer
SPRIGGS &
HOLLINGSWORTH
1350 I Street, N.W.
9th Floor
Washington, DC 20005

John R. McCann
BURCH PORTER
& JOHNSON PLLC
130 N. Court Avenue
Memphis, TN 38103

Jonathan I. Price
GOODWIN PROCTER
The New York Times
Building
620 Eighth Avenue
New York, NY 10018

Michael K. Radford
FLYNN & RADFORD
320 Seven Springs Way
Suite 150
Brentwood, TN 37027

Meghan M. Tans
LEVIN PAPANTONIO
THOMAS ET AL
316 S. Baylen Street
P.O. Box 12308
Suite 600
Pensacola, FL 32502-5996

John Julian Vecchione
VALAD & VECCHIONE
3863 Plaza Drive
Fairfax, VA 22030

MDL DOCKET NO. 2120

(2)

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **NOVEMBER 2, 2009**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV  1 6 2009

FILED
CLERK'S OFFICE

TO:   Clerk of the Panel
      U.S. Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC 20002-8004

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT
        at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states
        that:

>       Except for leave of the Panel on a showing of good cause, only those parties to actions
>       scheduled for oral argument who have filed a motion or written response to a motion or
>       order shall be permitted to appear before the Panel and present oral argument.
>
>       Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
>       argument for the purpose of selecting a spokesperson to avoid duplication during oral
>       argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
        pursuant to Rule 16.1(d).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
        ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the
        following designated attorney shall present oral argument at the Panel hearing session on behalf of
        the designated party/parties pursuant to Rule 16.1(d).

| November 2, 2009 | James W. Huston | _[signature]_ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:
APP Pharmaceuticals, Inc.
D.D.C., C.A. Nos. 1:08-484, 1:08-634, 1:09-440, 1:09-441
M.D. Fla., C.A. Nos. 8:08-818, 8:09-1529
N.D. Fla., C.A. No. 1:09-13
S.D.N.Y., C.A. Nos. 1:09-7264, 1:09-7265

Name and Address of Attorney Designated to Present Oral Argument:
James W. H. Huston
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

Telephone No.: (858) 720-5100                        Fax No.: (858) 720-5125

Email Address: jhuston@mofo.com

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE
MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A
CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL
ARGUMENT APPEARANCE.*

2009 NOV -2   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

BA2/377535

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2120 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing APP Pharmaceuticals, Inc.'s, Notice of Presentation or Waiver of Oral Argument is being simultaneously served, via U.S. Mail, postage pre-paid, on the attached Panel Service List.

James W. Huston

RECEIVED CLERK'S OFFICE
2009 NOV -2  P 4: 2b
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

BA2/377484

*IN RE: AREDIA AND ZOMETA PRODUCTS*
*LIABILITY LITIGATION*                              MDL No. 1760

### INVOLVED COUNSEL LIST (CRO)

Laura Brooks v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee,
C.A. No. 3:08-484 (D. District of Columbia, C.A. No. 1:08-484)
Dara Pace v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee, C.A. No. 3:08-582
(D. District of Columbia, C.A. No. 1:08-634)
James E. Lockard, et al. v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee,
C.A. No. 3:08-583 (M.D. Florida, C.A. No. 8:08-818)

Erin M. Bosman
MORRISON & FOERSTER
12531 High Bluff Drive
Suite 100
*San Diego, CA 92130*

James M. Doran, Jr.
WALLER LANSDEN
DORTCH & DAVIS
*511 Union Street*
Nashville City Center,
Suite 2700
Nashville, TN 37219-1760

Charles Patrick Flynn
FLYNN & RADFORD
320 Seven Springs Way
Suite 150
Brentwood, TN 37027

Robert G. Germany
PITTMAN GERMANY
ROBERTS
*& WELSH LLP*
P.O. Box 22985
410 South President Street
Jackson, MS 39225-2985

M. King Hill, III
VENABLE LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21204

Brendan G. Krasinski
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center
*Atlanta, GA 30309-3424*

Katharine R. Latimer
SPRIGGS &
HOLLINGSWORTH
*1350 I Street, N.W.*
9th Floor
Washington, DC 20005

John R. McCann
BURCH PORTER
& JOHNSON PLLC
130 N. Court Avenue
Memphis, TN 38103

Jonathan I. Price
GOODWIN PROCTER
The New York Times
Building
*620 Eighth Avenue*
New York, NY 10018

Michael K. Radford
FLYNN & RADFORD
*320 Seven Springs Way*
Suite 150
Brentwood, TN 37027

Meghan M. Tans
LEVIN PAPANTONIO
THOMAS ET AL
316 S. Baylen Street
P.O. Box 12308
Suite 600
Pensacola, FL 32502-5996

John Julian Vecchione
VALAD & VECCHIONE
3863 Plaza Drive
Fairfax, VA 22030

MDL DOCKET NO. 2120

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **NOVEMBER 2, 2009** PANEL ON
MULTIDISTRICT LITIGATION

TO: Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

NOV 18 2009

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

**X**     This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| November 2, 2009 | Glenn S. Kerner | Glen S. Kerner |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:
Teva Parenteral Medicines, Inc.
D.D.C., C.A. Nos. 1:08-484, 1:08-634, 1:09-440, 1:09-441
M.D. Fla., C.A. Nos. 8:08-818, 8:09-1529
N.D. Fla., C.A. No. 1:09-13
S.D.N.Y., C.A. Nos. 1:09-7264, 1:09-7265

Name and Address of Attorney Designated to Present Oral Argument:
James W. H. Huston
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

Telephone No.: (212) 459-7460            Fax No.: (212) 355-3333

Email Address: gkerner@goodwinprocter.com

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

BA2/377538

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2120 |
| --- | --- |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Teva Parenteral Medicines, Inc.'s. Notice of Presentation or Waiver of Oral Argument is being simultaneously served, via U.S. Mail, postage pre-paid, on the attached Panel Service List.

Glenn S. Kerner

BA2/377484

*IN RE: AREDIA AND ZOMETA PRODUCTS*
*LIABILITY LITIGATION*                                    MDL No. 1760

## INVOLVED COUNSEL LIST (CRO)

Laura Brooks v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee,
C.A. No. 3:08-484 (D. District of Columbia, C.A. No. 1:08-484)
Dara Pace v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee, C.A. No. 3:08-582
(D. District of Columbia, C.A. No. 1:08-634)
James E. Lookard, et al. v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee,
C.A. No. 3:08-583 (M.D. Florida, C.A. No. 8:08-818)

Erin M. Bosman
MORRISON & FOERSTER
12531 High Bluff Drive
Suite 100
*San Diego, CA 92130*

James M. Doran, Jr.
WALLER LANSDEN
DORTCH & DAVIS
*511 Union Street*
Nashville City Center,
Suite 2700
Nashville, TN 37219-1760

Charles Patrick Flynn
FLYNN & RADFORD
320 Seven Springs Way
Suite 150
Brentwood, TN 37027

Robert G. Germany
PITTMAN GERMANY
ROBERTS
& WELSH LLP
P.O. Box 22985
410 South President Street
Jackson, MS 39225-2985

*M. King Hill, III*
VENABLE LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21204

Brendan G. Krasinski
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center
*Atlanta, GA 30309-3424*

Katharine R. Latimer
SPRIGGS &
HOLLINGSWORTH
*1350 I Street, N.W.*
9th Floor
Washington, DC 20005

John R. McCann
BURCH PORTER
& JOHNSON PLLC
130 N. Court Avenue
Memphis, TN 38103

Jonathan I. Price
GOODWIN PROCTER
The New York Times
Building
*620 Eighth Avenue*
New York, NY 10018

Michael K. Radford
FLYNN & RADFORD
*320 Seven Springs Way*
Suite 150
Brentwood, TN 37027

Meghan M. Tans
LEVIN PAPANTONIO
THOMAS ET AL
316 S. Baylen Street
*P.O. Box 12308*
Suite 600
Pensacola, FL 32502-5996

John Julian Vecchione
*VALAD & VECCHIONE*
3863 Plaza Drive
Fairfax, VA 22030

③

MDL DOCKET NO. 2120

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **NOVEMBER 2, 2009**

TO:   Clerk of the Panel
      U.S. Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC 20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

X_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT
          at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states
          that:

          Except for leave of the Panel on a showing of good cause, only those parties to actions
          scheduled for oral argument who have filed a motion or written response to a motion or
          order shall be permitted to appear before the Panel and present oral argument.

          Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
          argument for the purpose of selecting a spokesperson to avoid duplication during oral
          argument.

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
         pursuant to Rule 16.1(d).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
         ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the
         following designated attorney shall present oral argument at the Panel hearing session on behalf of
         the designated party/parties pursuant to Rule 16.1(d).

November 2, 2009              M. King Hill, III
_____              Christina L. Gaarder                       _____
Date                         Name                                        Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):
Hospira, Inc.
D.D.C., C.A. Nos. 1:08-484, 1:08-634, 1:09-440, 1:09-441
M.D. Fla., C.A. Nos. 8:08-818, 8:09-1529
N.D. Fla., C.A. No. 1:09-13
S.D.N.Y., C.A. Nos. 1:09-7264, 1:09-7265

Name and Address of Attorney Designated to Present Oral Argument:
M. King Hill, III
Christina Gaarder
Venable LLP
720 East Pratt Street, Suite 900
Baltimore, Maryland 21202

Telephone No.: (410) 244-7400                     Fax No.: (410) 244-7742

Email Address: clgaarder@venable.com & mkhill@venable.com

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE
MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A
CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL
ARGUMENT APPEARANCE.*

BA2/377540

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2120 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Hospira, Inc.'s Notice of Presentation or Waiver of Oral Argument is being simultaneously served, via U.S. Mail, postage pre-paid, on the attached Panel Service List.

M. King Hill, III

RECEIVED CLERK'S OFFICE

2009 NOV -2 P 4: 26

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

8

BA2/377484

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION                                             MDL No. 1760

INVOLVED COUNSEL LIST (CRO)

Laura Brooks v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee,
C.A. No. 3:08-484 (D. District of Columbia, C.A. No. 1:08-484)
Dara Pace v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee, C.A. No. 3:08-582
(D. District of Columbia, C.A. No. 1:08-634)
James E. Lockard, et al. v. Novartis Pharmaceuticals Corp., et al., M.D. Tennessee,
C.A. No. 3:08-583 (M.D. Florida, C.A. No. 8:08-818)

Erin M. Bosman
MORRISON & FOERSTER
12531 High Bluff Drive
Suite 100
San Diego, CA 92130

James M. Doran, Jr.
WALLER LANSDEN
DORTCH & DAVIS
511 Union Street
Nashville City Center,
Suite 2700
Nashville, TN 37219-1760

Charles Patrick Flynn
FLYNN & RADFORD
320 Seven Springs Way
Suite 150
Brentwood, TN 37027

Robert G. Germany
PITTMAN GERMANY
ROBERTS
& WELSH LLP
P.O. Box 22985
410 South President Street
Jackson, MS 39225-2985

M. King Hill, III
VENABLE LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21204

Brendan G. Krasinski
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Katharine R. Latimer
SPRIGGS &
HOLLINGSWORTH
1350 I Street, N.W.
9th Floor
Washington, DC 20005

John R. McCann
BURCH PORTER
& JOHNSON PLLC
130 N. Court Avenue
Memphis, TN 38103

Jonathan I. Price
GOODWIN PROCTER
The New York Times
Building
620 Eighth Avenue
New York, NY 10018

Michael K. Radford
FLYNN & RADFORD
320 Seven Springs Way
Suite 150
Brentwood, TN 37027

Meghan M. Tans
LEVIN PAPANTONIO
THOMAS ET AL
316 S. Baylen Street
P.O. Box 12308
Suite 600
Pensacola, FL 32502-5996

John Julian Vecchione
VALAD & VECCHIONE
3863 Plaza Drive
Fairfax, VA 22030

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **NOVEMBER 2, 2009**

TO:    Clerk of the Panel
       U.S. Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC  20002-8004

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

NOV 18 2009

**FILED
CLERK'S OFFICE**

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

___X___    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 10/28/09 | Robert E. Johnston | |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving):**

Sandoz Inc.

RECEIVED
CLERK'S OFFICE
2009 NOV -2  P 4: 50
JUDICIAL PANEL ON
MULTIDISTRICT

Name and Address of Attorney Designated to Present Oral Argument:

Robert E. Johnston
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC  20005

Telephone No.: ___202-898-5800___          Fax No.: ___202-682-1639___

Email Address: ___rjohnston@hollingsworthllp.com___

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (9/08)

## CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of November 2009 served a true and correct copy of the foregoing Notice of Presentation or Waiver of Oral Argument upon all counsel in the attached Involved Counsel Report by electronic mail.

Joe G. Hollingsworth
Katharine R. Latimer
Robert E. Johnston
(rjohnston@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendants Sandoz Inc. and
Novartis Pharmaceuticals Corporation*

Printed on 10/26/2009

# Judicial Panel on Multidistrict Litigation - Involved Counsel  Report
## for
## MDL 2120 - IN RE: Pamidronate Products Liability Litigation

### *** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney.

**Party Representation Key**
 + Signifies that the representing attorney is designated as service counsel for the specified party.
 * Signifies that an appearance was made on behalf of the party by the representing attorney.
 # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
 All counsel and parties no longer active in this litigation have been suppressed.
 Liaison Counsel are listed in Bold typeface.

**This Report is Based on the Following Data Filters**
 Docket: 2120 - Pamidronate PL
 For Open Cases

**Judicial Panel on Multidistrict Litigation - Involved Counsel Report**                                   Page 1

Docket:  2120 - IN RE: Pamidronate Products Liability Litigation
Status:  Pending on  / /
Transferee District:          Judge:                                                      Printed on 10/26/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

**Banker, David C.**
BUSH ROSS PA
220 S. Franklin Street
P.O. Box 3913
Tampa, FL 33602-3913

=> **Phone: (813) 224-9255  Email: dbanker@bushross.com**
Teva Parenteral Medicines, Inc.

**Brown, Kristine M.**
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

=> **Phone: (404) 881-7000  Email: kristy.brown@alston.com**
Bedford Laboratories

**Casserly, Marianne R.**
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004-1404

=> **Phone: (202) 756-3379  Email: marianne.casserly@alston.com**
Bedford Laboratories

**Fuhrman, Troy A.**
HILL WARD & HENDERSON PA
101 East Kennedy Blvd.
Suite 3700
P.O. Box 2231
Tampa, FL 33601-2231

=> **Phone: (813) 221-3900  Fax: (813) 221-2900  Email: tfuhrman@hwhlaw.com**
APP Pharmaceuticals, Inc.

**Gaarder, Christina Lee**
VENABLE LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201-2978

=> **Phone: (410) 244-7400  Fax: (410) 244-7742**
Hospira, Inc.

**Germany, Robert G.**
PITTMAN GERMANY ROBERTS & WELSH LLP

410 South President Street
Jackson, MS 39201

=> **Phone: (601) 948-6200  Fax: (601) 948-6187  Email: rgg@pgrwlaw.com**
Kahn, Susan; Lockard, James E.; Peterson (Surviving Spouse-June M.), Arnold S.; Smith (Per./Rep./Est.-June M. Peterson), Ben J.; Stober-Lockard, Valerie J.

**Graham, II, Jesse J.**
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556

=> **Phone: (516) 357-3096  Fax: (516) 357-3333  Email: jesse.graham@rivkin.com**
Novartis Pharmaceuticals Corp.

**Latimer, Katharine R.**
HOLLINGSWORTH LLC
1350 I Street, N.W.
9th Floor
Washington, DC 20005

=> **Phone: (202) 898-5850  Fax: (202) 682-1639  Email: klatimer@hollingsworthllp.com**
Novartis Pharmaceuticals Corp.; Sandoz, Inc.

**Marquardt, Christoher C.**
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center

=> **Phone: (404) 881-7827  Fax: (404) 881-7777  Email: chris.marquardt!alston.com**
Bedford Laboratories

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Atlanta, GA 30309-3424

Osborn, Daniel A.
OSBORN LAW PC
295 Madison Avenue
39th Floor
New York, NY 10017

=> **Phone: (212) 725-9800  Fax: (212) 725-9808  Email: dosborn@osbornlawpc.com**
Chandler, Evan; Fry, Gary Dale

Pigman, Heather Ann
HOLLINGSWORTH LLP
1350 I Street, N.W.
9th Floor
Washington, DC 20005

=> **Phone: (202) 898-5800  Fax: (202) 682-1639  Email: hpigman@hollingsworthllp.com**
Novartis Pharmaceutis Corp.

Stripling, Jr, Robert O.
STRIPLING & STRIPLING PA
102 N.W. 2nd Avenue
P.O. Box 1287
Gainesville, FL 32601

=> **Phone: (352) 376-8888  Fax: (352) 376-4645  Email: lisa@striplinglawfirm.com**
Kahn, Susan; Peterson (Surviving Spouse-June M.), Arnold S.; Smith (Per./Rep./Est.-June M. Peterson), Ben J.

Tans, Meghan M.
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
P.O. Box 12308
Suite 600
Pensacola, FL 32591

=> **Phone: (850) 435-7181  Fax: (850) 436-6181  Email: mtans@levinlaw.com**
Lockard, James E.; Stober-Lockard, Valerie J.

Valad, Bart T.
LAW FIRM OF BART T VALAD PLLC
3863 Plaza Drive
Fairfax, VA 22030

=> **Phone: (703) 352-4800  Fax: (703) 352-4820  Email: bvalad@valadlaw.com**
Patterson, M. Margaret; Patterson, Wayne

Vecchione, John Julian
VALAD & VECCHIONE PLLC
3863 Plaza Drive
Fairfax, VA 22030

=> **Phone: (703) 352-4800  Fax: (703) 352-4820  Email: jvecchione@valadlaw.com**
Brooks, Laura; Eckblom, Frank; Eckblom, Suzanne; Pace, Dara

Wessels, Amber C.
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

=> **Phone: (212) 210-9594  Fax: (212) 210-9444  Email: amber.wessels@alston.com**
Ben Venue Laboratories, Inc.

Note: Please refer to the report title page for complete report scope and key.

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **NOVEMBER 2, 2009**

TO:   Clerk of the Panel
      U.S. Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

NOV 18 2009

**FILED
CLERK'S OFFICE**

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

11/02/2009          John J. Vecchione
_____     _____     _____
Date                Name                         Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving):**

All plaintiffs on MDL No. 2120 (list attached)

Name and Address of Attorney Designated to Present Oral Argument:

John J. Vecchione
Valad & Vecchione, PLLC
3863 Plaza Dr.
Fairfax, Va. 22030

Telephone No.: jVecchione@Valadlaw.Com    Fax No.: 703-352-4800

Email Address: 703-352-4800

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (9/08)

MDL No. 2120 -- **IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION**

Order to show cause for centralization of certain claims in the following actions in a single United States district court:

District of District of Columbia

Laura Brooks v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:08-484
Dara Pace v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:08-634
Suzanne Eckblom, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-440
M. Margaret Patterson, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-441

Middle District of Florida

James E. Lockard, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 8:08-818
Susan Kahn v. Novartis Pharmaceuticals Corp., et al., C.A. No. 8:09-1529

Northern District of Florida

Ben J. Smith, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-13

Southern District of New York

Gary Dale Fry v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-7264
Evan Chandler v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-7265

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd of November 2009, I served a

true and correct copy of the foregoing by United States Mail, postage

prepaid, on the parties listed on the parties below.


Robert G. Germany, Esq.
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
410 S. President Street
Jackson, MS 39201

Katharine R. Latimer, Esq.
Heather Ann Pigman, Esq.
HOLLINGSWORTH, LLP
1350 I Street NW
9th Floor
Washington, DC 20005

Glenn S. Kerner, Esq.
Jonathan I. Price, Esq.
GOODWIN PROCTER, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

David C. Banker, Esq.
BUSH ROSS, P. A.
220 S. Franklin Street
P.O. Box 3913
Tampa, FL 33602-3913

Daniel A. Osborn, Esq.
OSBORN LAW, P.C.
295 Madison Avenue, 39th Floor
New York, NY 10017

Julie Y. Park, Esq.
MORRISON & FOERSTER, LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130-2040

Christina Lee Gaarder, Esq.
M. King Hill III, Esq.
VENABLE, LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202

Kristine M. Brown, Esq.
Christopher C. Marquardt, Esq.
ALSTON & BIRD, LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Marianne R. Casserly, Esq.
ALSTON & BIRD, LLP
950 F Street NW
Washington, DC 20004-1404

Meghan M. Tans, Esq.
LEVIN PAPANTONIO THOMAS MITCHELL
ECHSNER & PROCTOR, P.A.
316 South Baylen Street
Suite 600
Pensacola, FL 32591

Robert O. Stripling, Jr.
STRIPLING & STRIPLING, P. A.
102 N.W. 2nd Avenue
P.O. Box 1287
Gainesville, FL 32601

Troy A. Fuhrman, Esq.
HILL WARD & HENDERSON, P. A.
101 East Kennedy Blvd.
Suite 3700
P.O. Box 2231
Tampa, FL 33601-2231

Jesse J. Graham, II, Esq.
RIVKIN RADLER, LLP
926 RexCorp Plaza
Uniondale, NY 11556

Amber C. Wessels
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016

John J. Vecchione

2